■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT RICCIUTI, Appellant. — Judgment of the Supreme Court, Suffolk County (McInerney, J.), rendered October 4, 1983, affirmed (see *United States v Terry,* 702 F2d 299; *People v Corti,* 88 AD2d 345). ¶ This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Titone, J. P., Gibbons, Brown and Lawrence, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCIS SHEPPERD, Appellant. — Judgment of the Supreme Court, Kings County (Rosenberger, J.), rendered April 13, 1983, affirmed. No opinion. ¶ The case is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Bracken, Rubin and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES KNOWLES, Appellant, v CHARLES SCULLY, as Warden, Department of Corrections, Respondent. — In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Rosenblatt, J.), dated July 14, 1983, which, after a hearing, dismissed the writ and remanded petitioner to the custody of respondent. ¶ Judgment affirmed, without costs or disbursements. ¶ As the relief requested by petitioner would not result in his immediate release, the remedy of habeas corpus is not available. Should petitioner wish to pursue his claim that jail time should be credited toward his sentence, he may seek such relief in an appropriate proceeding (see *People ex rel. Mendolia v Superintendent, Green Haven Correctional Facility,* 47 NY2d 779; *People ex rel. Lane v Vincent,* 32 NY2d 940; *People ex rel. Collier v Superintendent, Green Haven Correctional Facility,* 72 AD2d 612). Lazer, J. P., Bracken, Rubin and Eiber JJ., concur.

■ FEDERAL DEPOSIT INSURANCE CORPORATION, Respondent, v ALBERTA SCHUPLER, Appellant. — Motion by appellant to stay an order of commitment of the Supreme Court, Nassau County, dated April 6, 1984, pending determination of the appeal from said order. ¶ Motion denied on the ground that appellant has failed to make a sufficient showing of merit to her appeal (see *Garner v United States,* 424 US 648; *G-Fours, Inc. v Miele,* 496 F2d 809; *People v Melski,* 10 NY2d 78; *Federal Deposit Ins. Corp. v Salesmen Unlimited Agency Corp.,* 101 AD2d 876; *Roberts v Pollack,* 92 AD2d 440). ¶ Temporary stay contained in the order to show cause dated April 16, 1984 vacated. Weinstein, J. P., Brown, Niehoff and Rubin, JJ., concur.